UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON LEON FREEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN, et al.,<br><br>    Defendants. | No. 2:17-cv-2233 TLN AC P<br><br><br>ORDER |

   Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed September 3, 2019, plaintiff was ordered to pay the entire $400.00 in required filing fees or face dismissal of the case. ECF No. 11. He then appealed the decision to the Ninth Circuit Court of Appeals. ECF No. 13. The appeal has now been dismissed for failure to prosecute. ECF No. 19.

   Accordingly, IT IS HEREBY ORDERED that plaintiff shall pay the entire $400.00 in required filing fees within thirty days of the date of this order or it will be recommended that this action be dismissed.

DATED: May 27, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE